JOHN ROBBINS, an Infant, by JOHN F. ROBBINS, His Guardian ad Litem, Respondent, *v.* WILLIAM A. BOYER et al., Individually and as Copartners Doing Business under the Name of BOYER & LYONS, Appellants. (Action No. 1.)

JOHN F. ROBBINS, Respondent, *v.* WILLIAM A. BOYER et al., Individually and Doing Business as BOYER & LYONS, Appellants. (Action No. 2.)

Submitted October 4, 1954; decided October 7, 1954.

*Esmond D. Murphy* for motion.

No one opposed.

Motion in each action dismissed for lack of jurisdiction in this court (see Civ. Prac. Act, § 589, subd. 3, par. [b]).

UNITED SECURITY CORPORATION, Respondent, *v.* ISADORE SUCHMAN, Appellant.

Submitted October 4, 1954; decided October 7, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 307 N. Y. 48.]